**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 25-03143-01-CR-S-MDH

JUANITA RENEE HOLTSCHNEIDER,

Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for an Order of Forfeiture.

WHEREAS, on October 16, 2025, the defendant, Juanita Renee Holtschneider, entered into a plea agreement with the United States pursuant to which she admitted the allegations of forfeiture and agreed to a money judgment in the amount of $283,878.00 in United States currency.

WHEREAS, the United States has filed a motion for an Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $283,878.00 in United States currency. The Court will orally announce the money judgment amount at the time of sentencing, and will include the money judgment in the Judgment and Commitment Order, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that an Order of Forfeiture is imposed against the defendant with the money judgment in the amount of $283,878.00 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4)(a), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(p) and Rule 32.2(b)(3) the United States may undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

**IT IS SO ORDERED**.

DATED: November 3, 2025

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**