# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
) Case No. 6:25-cr-03143-MDH
v. )
)
JUANITA HOLTSCHNEIDER, )
)
Defendant. )

## MOTION FOR CONTINUANCE

Comes now Scott B. Pierson, counsel for Defendant Juanita Holtschneider, and moves for continuance of the Sentencing scheduled for March 5, 2026. In support of this motion, counsel states the following:

1. Counsel for Defendant needs additional time to speak with Defendant regarding the sentencing.

2. Defendant is currently undergoing medical procedures and has continuing appointments through March into April and is requesting a Sentencing date in May.

3. On March 5, Defense Counsel has trial dockets and it would be a burden to move those trial dockets to be available for Sentencing.

4. The assigned United States Attorney has no objection to a continuance in this matter.

5. The continuance is not sought for the purpose of dilatory delay, but is sought to ensure Defendant is afforded due process of law.

WHEREFORE, Defendant respectfully requests that the Sentencing setting of March 5, 2026, be continued to the May or June docket, or such other times as the Court orders.

Respectfully submitted,

*/s/ Scott B. Pierson*

Scott B. Pierson, MoBar No. 64083
*Attorney for Defendant*
901 E. St. Louis St., Suite 1600
Springfield, MO 65806
(417) 862-1741
(Fax) 862-4044
Scott@TwibellPierson.com
www.TwibellPierson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

*/s/ Scott B. Pierson*

Scott B. Pierson
*Attorney for Defendant*