*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**                    Date:    May 12, 2026

**vs.**                                        Case No.   25-3143-01-CR-S-MDH

**JUANITA HOLTSCHNEIDER**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 10:00 a.m.**                    **Time Terminated: 10:50 a.m.**

### APPEARANCES

**Plaintiff: Patrick Carney, AUSA**                    **Defendant: Scott Pierson**

**Proceedings:   Parties appear as indicated, dft in person. No objections to the PSI.   Dft accorded allocution.   SENTENCE:   Dft is committed to the BOP for 33 months on Counts 1 and 2 of the Information to run concurrent; followed by 2 years supervised release on Counts 1 and 2 to run concurrent.   No fine. $200 MPA.   Restitution imposed-- Government shall prepare a proposed restitution judgment. Special conditions of supervised release imposed.   Preliminary Order of Forfeiture entered on 11/3/25 is finalized and imposed. Court recommends FMC Carswell and RDAP.   Dft advised of right to appeal.   Dft shall self-surrender on July 31, 2026.**


**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Tracy Cowin**